# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re  **Sean M Duff**                                                              , )
                                                                                    )
                                                            Debtor                  )
Employer's Tax Identification No(s). [if any]  _____                 )
Last four digits of Social Security No(s):     **xxx-xx-1178**                      )

**For Debtor:**

☒ Payment advices are attached

☐ Payment advices *are not* attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Payment advices *are not* attached because debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed
  ☐ other, please explain __

  Schedule I, Line 1 Income  **0.00**

  Occupation as listed on Schedule I  **Technitian**

**For Joint Debtor, if applicable:**

☐ Payment advices are attached

☐ Payment advices *are not* attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Payment advices *are not* attached because debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed
  ☐ other, please explain __

  Schedule I, Line 1 Income  **N/A**

  Occupation as listed on Schedule I  __

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of  **1**  sheets, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor:        **/s/ Sean M Duff**                       Date:  **September 29, 2016**
                            **Sean M Duff**
Signature of Joint Debtor:  _____          Date:  _____

O:§521C(03/02/2006)

# Duff's Power Equipment Service
## Profit & Loss
### January 1 through September 14, 2016

7:49 PM
09/14/16
Accrual Basis

|  | Jan 1 - Sep 14, 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Refunds-Allowances | 538.52 |
| Sales | 31,488.54 |
| Services | 350.00 |
| Uncategorized Income | 5,011.00 |
| **Total Income** | 37,388.06 |
| | |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 2,103.37 |
| Cost of labor - COS | -85.00 |
| Purchases - COS | |
| Parts | 1,463.11 |
| Purchases - COS - Other | 603.06 |
| **Total Purchases - COS** | 2,066.17 |
| | |
| Subcontractors - COS | 1,595.00 |
| Supplies & Materials - COGS | 2,833.70 |
| **Total COGS** | 8,513.24 |
| | |
| **Gross Profit** | 28,874.82 |
| | |
| **Expense** | |
| Advertising | 193.59 |
| Bank Charges | -6.00 |
| Cell Phone | 310.34 |
| Charitable Donation | 74.42 |
| Disposal Fees | 115.32 |
| Dues & Subscriptions | 9.99 |
| Fuel | 868.64 |
| Insurance | 282.37 |
| Internet and Phone | 54.71 |
| Job Materials | 281.31 |
| Meals and Entertainment | 416.19 |
| Office Expenses | 230.19 |
| Phone | 369.75 |
| Repair & Maintenance | 1,422.32 |
| Subcontractors | 800.00 |
| Supplies | 181.85 |
| Taxes & Licenses | 295.82 |
| Tools | 1,029.20 |
| Travel | 235.83 |
| Uncategorized Expense | 40.77 |
| Uniforms | 241.53 |
| Vechicle Maintence | 179.96 |
| **Total Expense** | 7,628.10 |
| | |
| **Net Ordinary Income** | 21,246.72 |
| | |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Earned | 0.42 |
| Sales Tax Adjustment | 10.46 |
| **Total Other Income** | 10.88 |
| | |
| **Other Expense** | |
| Penalties & Settlements | 1.58 |
| **Total Other Expense** | 1.58 |
| | |
| **Net Other Income** | 9.30 |
| | |
| **Net Income** | 21,256.02 |

*Handwritten annotations in margin: "÷ 9.5 - =3039", "×9.5 - 80?", "÷9.5 - 2236"*

Page 1