UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

IN RE: SEAN M. DUFF,

            Debtor

Case No. 16-11770
Chapter 13

---

## MOTION TO RECONSIDER
## ORDER DISMISSING CASE

The above-referenced Debtor, by and through his attorneys, Law Office of Christiaan van Niekerk, PLLC, respectfully state the following in support of the motion to reconsider and vacate the Order dismissing case signed January 13, 2017:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on or about September 29, 2016.

2. The Chapter 13 Trustee filed a motion to dismiss the case on December 13, 2016 based upon the Debtor's failure to make all of the Plan payments.

3. Debtor failed to make any additional Plan payments prior to the return date of the motion to dismiss, and the case was dismissed by Order dated January 13, 2017.

4. Subsequently, Debtor made an electronic payment to the Trustee on January 17, 2017, and has provided certified funds to Debtor's attorneys' office in the amount of $611.12. These payments would cure the default alleged in the Trustee's motion.

5. Accordingly, Debtor requests that the Court vacate the Order dismissing the case.

6. Debtor understands that he will also have to make a Plan payment for January, and attend the §341 meeting scheduled for January 27, 2017, before the case can be reinstated.

WHEREFORE, based upon the foregoing, it is respectfully requested that this Court issue an Order vacating the Order dismissing Case singed January 13, 2017; along with such other and further relief as this Court deems just and proper.

Dated: January 23, 2017

Sandra Poland Demars, Esq.
Law Offices of Christiaan van Niekerk
525 Union Street
Schenectady, NY  12305
Phone: (518) 764-0121
Fax: (800) 956-8582